# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2678
_____

AMBER N. HUBBARD,

Appellant,

v.

EVAN E. HUBBARD,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Therese Felth McKenzie of McKenzie Law Firm, P.A., Pensacola, for Appellant.

Charles Franklin Beall, Jr., of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellee.